UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA DELANE RAJAPAKSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREELANCER,<br><br>　　　　　Defendant. | Case No. 4:24-cv-00267-KAW<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 21 |

On August 26, 2024, Plaintiff filed a motion for default judgment. Defendant, however, has not been served with the summons and complaint by the U.S. Marshal, so the motion is premature. Accordingly, the motion is DENIED without prejudice.

Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a manual[1] the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *https://cand.uscourts.gov/pro-se-litigants/*.

IT IS SO ORDERED.

Dated: August 29, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The manual also addresses the correct, two-step process for seeking default judgment, which Plaintiff did not follow. *See* U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, REPRESENTING YOURSELF IN FEDERAL COURT: A HANDBOOK FOR PRO SE LITIGANTS (2020), https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf.